NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1053

BAYCHAR, INC. and BAYCHAR HOLDINGS LLC,

Plaintiffs-Appellants,

v.

BURTON CORPORATION, DECKERS OUTDOOR CORPORATION,
and NORDICA USA CORP.,

Defendants-Appellees.

John W. Kepler, III, and Daniel T. Simpson, Jr., Gallop, Johnson & Neuman, LC, of St. Louis, Missouri, argued for plaintiffs-appellants.

James E. Hartley, Holland & Hart LLP, of Denver, Colorado, argued for defendants-appellees.  With him on the brief was Donald A. Degnan, of Boulder, Colorado.

Appealed from:  United States District Court for the District of Maine

Judge D. Brock Hornby

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1053

BAYCHAR, INC. and BAYCHAR HOLDINGS LLC,

Plaintiffs-Appellants,

v.

BURTON CORPORATION, DECKERS OUTDOOR CORPORATION,
and NORDICA USA CORP.,

Defendants-Appellees.

# Judgment

ON APPEAL from the       United States District Court for the
                         District of Maine

in CASE NO(S).          04-CV-144.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER and LINN, <u>Circuit Judges</u> and ILLSTON, <u>District Judge</u>.*)

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED_August 11, 2008_____       /s/ Jan Horbaly_____
                                  Jan Horbaly, Clerk

*       Honorable Susan Yvonne Illston, United States District Court for the District of
Northern California, sitting by designation.